PER CURIAM.
Affirmed. See State v. Matthews, 891 So.2d 479 (Fla.2004); Young v. State, 739 So.2d 553 (Fla.1999); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Zink v. State, 951 So.2d 34 (Fla. 2d DCA 2007); Tillman v. State, 900 So.2d 633 (Fla. 2d DCA 2005); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Shaw v. State, 780 So.2d 188 (Fla. 2d DCA 2001); Curl v. State, 36 So.3d 853 (Fla. 3d DCA 2010); Dinkens v. State, 976 So.2d 660 (Fla. 1st DCA 2008); Luton v. State, 934 So.2d 7 (Fla. 3d DCA 2006); Lykins v. State, 894 So.2d 302 (Fla. 3d DCA 2005); Dennis v. State, 784 So.2d 551 (Fla. 4th DCA 2001); Thomas v. State, 778 So.2d 429 (Fla. 5th DCA 2001).
KHOUZAM, MORRIS, and SLEET, JJ., Concur.